**FILED**

DEC 20 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States Bankruptcy Court
## For the District of Columbia

### DEBTOR CHANGE OF ADDRESS

Case Number: 16 - 00600                    Chapter: _____

Case Name: MARTHA AKERS

Debtor Name: MARTHA AKERS

NEW Mailing Address: P.O. BOX 1444
Street Address/P.O. Box Number, Suite

Annapolis, Md 21404
City         State      Zip Code

OLD Mailing Address: All Addresses of Record
Street Address/P.O. Box Number, Suite

Should be deleted as Akers is
Homeless living in the street
City      State    Zip Code

Debtor Signature: _____    Date: 12/20/2019