**Fill in this information to identify the case:**

Debtor 1: Martha J Akers
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of Columbia (State)

Case number: 16-00600

**FILED**
APR 0 1 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | 687,545.40 |
| Claimant's Name: | Asset Recovery Group - AL Thomas / Martha Akers |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Martha Akers  4921 Lakeland Harbor Blvd  Lakeland, FL. 33815  MartyA49@gmail.com  601-214-2921 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☑ Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Columbia
[Court enters address here]

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 3/29/2021 | Date: |
| *Alphonso Thomas* (Signature of Applicant) | Signature of Co-Applicant (if applicable) |
| Al Thomas - Asset Recovery Group (Printed Name of Applicant) | Printed Name of Co-Applicant (if applicable) |
| Address: 4059 Brewer Dr. S.W. Atlanta, Ga. 30331 | Address: |
| Telephone: 404-941-7319 | Telephone: |
| Email: athomaas.recoverygroup@gmail.com | Email: |

**6. Notarization**

STATE OF GEORGIA

COUNTY OF FULTON

This Application for Unclaimed Funds, dated 3.29.21 was subscribed and sworn to before me this 29 day of MARCH, 20 21 by

AL THOMAS

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *Ivan U. Vassall*

My commission expires: 7.19.21

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires: _____

RECEIVED
Mail Room

APR - 1 2021

Angela D. Caesar, Clerk of Court
U.S. District Court — District of Columbia

Form 1340     Application for Payment of Unclaimed Funds     Page 2

### *Standard Locator Agreement - Abandoned Property*

**I.** This agreement is entered into by and between the **"Asset Recovery Group"** of **4059 Brewer Dr. SW Atlanta, Ga. 30331** hereafter referred to as *"Locators"*, and **"Martha J Akers"** of **4921 Lakeland Harbor Blvd   Lakeland FL** *referred to as*

**II.** *Investigator, through his efforts, has located "**Claimant**", who may be entitled to **$687,545.40** , **assets at present listed as unclaimed and presumed abandoned**".*

**III. Claimant** *agrees that in consideration of Investigator's efforts,* **Claimant assigns** *to the Investigator or his assigns* **10%** *(ten)percent of the net value of assets that Claimant recovers as a result of this disclosure.*

**IV. Investigator** *and* **Claimant** *agree that in the event that* **Claimant** *is not entitled to assets described above and no such assets are recovered, there is no obligation on either party to the other, all expenses being borne by the Investigator. Any claim information already verified and known to claimants are exclusive of this claim for recovery and not related to this agreement.*

**V. *This Agreement is valid for six months from date signed by Claimant or until claim proceeds are recovered .***

*Investigator* **Al Thomas**                              *Day time Phone*   **404-941-7319**

*Address*      **4059 Brewer Dr. SW   Atlanta, Ga. 30331**

*Investigator's Signature*  *Al Thomas — Asset Recovery Group*

Claimant      **Martha J Akers**              **Day time Phone     (601) 214-2921**

Address      **4921 Lakeland Harbor Blvd   Lakeland FL 33805**

Claimant's Signature  *[signature]*

**Addendum:**   Under no circumstances will claimant (above) be held monetary liable for any cost or recover cost to be paid if recovery results in zero assets or zero monetary monies.

United States Bankruptcy Court for the District of Columbia

## Certificate of Service

This is to certify that on this day, 03/29/2021 , a copy of this petition has been mailed to the United States Attorney for the District of Columbia at the following address:

**United States Attorney's Office**

**555 4th Street, NW  Washington, DC 20530**

**Asset Recovery Group**

**4059 Brewer Dr. SW Atlanta, Ga. 30331**

**Signature** _Al Thomas_



```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH   45999-0023
```

Date of this notice:  02-03-2021

Employer Identification Number:


Form:  SS-4

Number of this notice:

```
ALPHONSO THOMAS
ASSET RECOVERY GROUP
4059 BREWER DR SW
ATLANTA, GA  30331
```

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
                 This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only
  one time and the IRS will not be able to generate a duplicate copy for you.**  You
  may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all
  your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is THOM.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.



# UNITED STATES BANKRUPTCY COURT
## District of Columbia

In re: Martha J Akers        )    Case No. 16-00600
                             )
Debtor(s)                    )    Chapter 7

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 03/29/2021, an application was filed for the Claimant(s), Martha Akers / Asset Recovery Grp for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 687,545.40 held in 10% unclaimed funds be made payable to Martha Akers - Asset Recovery Group and be disbursed to the payee at the following address: 4921 Lakeland Harbor Blvd Lakeland, FL 33805

Martha Akers
Asset Recovery Group 4059 Brewer Dr.
Atlanta, Ga. 30331

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**UNITED STATES BANKRUPTCY COURT**
**_____District of Columbia_____**

In re:                                              )        Case No.
                                                    )
        *Debtor(s)*                        )        Chapter

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On_____, an application was filed for the Claimant(s), _____, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that the court denies the application for the following reasons:
_____.