# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| Martha Akers, | Case No.: 16-00600 |
| Debtor. | Chapter 7 |

## UNITED STATES TRUSTEE'S OBJECTION TO
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes Now, John P. Fitzgerald, III, Acting United States Trustee for Region Four, and files its objection pursuant to 28 U.S.C. § 2042 to the Application for Payment of Unclaimed Funds filed by Martha J. Akers and Asset Recovery Group (collectively referred to as the "Claimants"). In support of its Objection, the United States Trustee states the following:

1. This case was commenced by Martha Akers ("Akers") filing a *pro se* voluntary Chapter 13 case on November 17, 2016. *Docket No. 1.*

2. Nancy Grigsby was appointed chapter 13 trustee ("Chapter 13 Trustee") and a § 341(a) Meeting of Creditors ("341 Meeting") was scheduled for December 16, 2016. After a period of time, the Chapter 13 Trustee filed a Motion to Dismiss or Convert on April 24, 2017 a motion to dismiss, requesting that the case be dismissed with prejudice for two years. *Docket No. 107.*

3. At the hearing on the trustee's motion to dismiss, the court determined that cause existed under 11 U.S.C. § 1307(c) for dismissal or conversion of this case to chapter 7, that it

Michael T. Freeman, DC Bar # 1005049
Assistant United States Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274 (Direct Dial)
(202) 934-4174 (Office Cell)
michael.t.freeman@usdoj.gov

was in the best interests of the creditors and the estate to convert this case to a chapter 7. As a result, an order converting the case to chapter 7 was entered on May 22, 2017. *Docket No. 139*.

4. Wendell Webster ("Chapter 7 Trustee") was assigned the chapter 7 trustee and a 341 Meeting was scheduled for June 29, 2017. *Id.*

5. The Chapter 7 Trustee duly administered the case and filed his Chapter 7 Trustee's Notice of Final Report on July 26, 2019. *Docket No. 366*. The Final Report was was approved by this court on September 20, 2019. *Docket No. 374*. The debtor appealed the ruling on the final report and the appeal was dismissed on the Chapter 7 Trustee's Motion in Case No. 1:19-cv-03335-DLF as evidenced by the Final Order & Memorandum Opinion. *Docket No. 395*.

6. On October 28, 2020, the Chapter 7 Trustee filed a Report of Deposit of Unclaimed Funds providing that $687,545.40 in unclaimed funds were being deposited by the Clerk of Court into the Treasury as a surplus of the bankruptcy estate, due to the Debtor not responding to any contacts. *Docket No. 402*.

7. On April 1, 2021, the Claimants, under the direction of Alphonso Thomas, filed an Application for Unclaimed Funds. *Docket No. 403*. The application includes various supporting documentation for both Asset Recovery Group and Martha J. Akers. Asset Recovery Group provided verification of its Employer Identification Number showing that it was formed or registered around February 3, 2021.

8. On April 21, 2021, Martha J. Akers filed a Statement of Social Security Number and Driver's License with the Court, with restricted access. *Docket No. 405*. The document includes a copy of her photo ID.

9. In response to the Application, the United States Trustee states that:

   a. The middle name of Martha J. Akers does not match that of the Debtor;

   b. The social security number provided by Martha J. Akers does not match that of the Debtor;

   c. The address of Martha J. Akers does not match that of the Debtor;

   d. The signatures on the documents filed by Martha J. Akers do not match that of the Debtor; and

   e. Upon review of the driver's license included with Docket No. 405, the physical description of Martha J. Akers does not match that of the Debtor.

10. As a result of the aforementioned issues, pursuant to 28 U.S.C. § 2042, the United States Trustee disputes the claim and objects to the withdrawal of the funds based on the documents as filed.

[ THIS SECTION INTENTIONALLY LEFT BLANK ]

WHEREFORE, THE UNITED STATES TRUSTEE MOVES THE COURT TO:

1. Schedule a hearing on this matter requiring the parties to appear and establish their right and basis to claim the unclaimed funds on deposit with the court; and

2. Grant such further relief as the Court may deem just and fair.

April 28, 2021  John P. Fitzgerald, III
Acting United States Trustee, Region Four

By: */s/ Michael T. Freeman*
Michael T. Freeman, DC Bar # 1005049
Assistant United States Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274 (Direct Dial)
(202) 934-4174 (Office Cell)
michael.t.freeman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the 28th day of April, 2021, after reviewing the Court's ECF Records, all parties required to be served with a copy of the foregoing Objection should receive a copy electronically from the Court, except for the following person(s) to whom a copy is being mailed first class, postage prepaid:

Martha Akers
1319 Fairmont Street, NW
Washington, DC  20009
*Debtor*

Martha J. Akers
4921 Lakeland Harbor Blvd
Lakeland, FL 33805

Asset Recovery Group
ATTN: Alphonso Thomas
4059 Brewer Dr. SW
Atlanta, GA 30331

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Wendell W. Webster**    wwebster@websterfredrickson.com

            */s/ Paula Blades*
            Paula Blades
            Paralegal Specialist