The order below is hereby signed.

Signed: May 4 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 16-00600-ELG |
| Martha Akers,<br>Debtor. | Chapter 7 |

### ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

The Court has before it the *Application for Payment of Unclaimed Funds* (ECF No. 403) (the "**Application**") filed by Asset Recovery Group on behalf of Martha J. Akers (the "**Applicant**"), and the *United States Trustee's Objection to Application for Payment of Unclaimed Funds* (ECF No. 406) (the "**Objection**") filed by John P. Fitzgerald, III, Acting United States Trustee for Region Four. The Application seeks payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a) in the above-captioned case due and owing to the debtor Martha Ann Akers (the "**Debtor**"). Throughout the history of the above-captioned case the Court has had ample opportunity to become familiar with Ms. Martha A. Akers, and the photograph on the photo ID attached to the Application is not a photograph of the Debtor. In addition, as set out in the Objection, the Applicant is "Martha J. Akers," and the Applicant's social security number does not match that of the Debtor in this case.

2

Therefore, for the reasons stated herein, the Court finds that the Application and supporting documentation fail to establish that the Applicant is entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that the Objection is **SUSTAINED**.

**ORDERED** that the Application is **DENIED**.

[Signed and dated above]

Copies to: U.S. Attorney's Office; Office of the U.S. Trustee; Applicant.