The order below is hereby signed.

Signed: November 1 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Martha Akers,** | Case No. 16-00600-ELG |
| **Debtor.** | Chapter 7 |

### ORDER DENYING APPLICATIONS FOR UNCLAIMED FUNDS

This matter comes before the Court on the Applications to Release Unclaimed Funds ("Applications") filed by Jodi Peikoff (Doc. Nos. 441 and 443). Objections to the Applications were filed by the United States Trustee (Doc. Nos. 447 and 448). Upon consideration of the Applications and the objections, the Court determined that the Applications were filed fraudulently, therefore it is hereby:

ORDERED that the Applications are DENIED; and it is further

ORDERED that in the event the Court receives a future application for the release of the unclaimed funds in the amount of $687,545.40, the Court shall set the matter for a hearing on such application regardless of whether an objection or response is filed to said application.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman, VSB Bar No. 65460
Assistant United States Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274 (Direct Dial)
(202) 934-4174 (Office Cell)
Email: michael.t.freeman@usdoj.gov


Copies to:

Martha Akers
P.O. Box 1444
Annapolis, MD 21404

Peikoff Law Office
173 E. Broadway
Lobby C1
New York, NY 10002

Michael T. Freeman michael.t.freeman@usdoj.gov, paula.f.blades@usdoj.gov; robert.w.ours@usdoj.gov

Wendell W. Webster wwebster@websterfredrickson.com, DC03@ecfcbis.com