**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 16-00600-ELG** |
| **Martha Akers,** | **Chapter 7** |
| **Debtor.** | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon review of the *Application for Payment of Unclaimed Funds* (the "Application") (ECF No. 462), the Court finds that unclaimed funds in the amount of $687,545.40 are due to the Martha Akers (the "Applicant"). However, the Applicant has not yet filed the necessary Request for Payee Information and TIN Certification ("AO 213P"). It is therefore **ORDERED**:

1.      Before any funds will be released, the Applicant must file an AO 213P with the Clerk of Court.

2.      Upon receipt of a completed AO 213P, the Clerk shall pay, pursuant to 28 U.S.C. § 2042, unclaimed funds in the amount of $687,545.50 to the order of:

Martha A. Akers
94 East Street
Annapolis, MD 21401

Date: October 30, 2025

_____
United States Bankruptcy Judge

Copies to: U.S. Attorney's Office; Office of the U.S. Trustee; Applicant (with copy of AO 213P).

1